# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**KENDRICK WILEY**
**ADC #139566**                                                                          **PLAINTIFF**

v.                     No. 5:17-cv-244-DPM

**KIMBERELY CHATMAN, Sergeant,
Cummits Unit; CHRIS BUDNIK,
Warden, Cummins Unit; STRAUGHN,
Deputy Warden, ADC; and TERRIE
BANNISTER, Disciplinary Judge, ADC**       **DEFENDANTS**

## JUDGMENT

Wiley's complaint and amended complaint are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

1 December 2017